# GOBIERNO DE PUERTO RICO
# GOVERNMENT OF PUERTO RICO

## DEPARTAMENTO DE SALUD - REGISTRO DEMOGRAFICO
### (DEPARTMENT OF HEALTH - DEMOGRAPHIC REGISTRY)

### CERTIFICACION DE MATRIMONIO
#### (CERTIFICATION OF MARRIAGE)

NUMERO
A2095905

NUMERO DE CERTIFICADO (CERTIFICATE NUMBER)
152-2024-00453-008528-0642715-02128383

NOMBRE DEL CONTRAYENTE A (NAME)
NYLMARI LEE BERRIOS DEL VALLE

FECHA NACIMIENTO (BIRTHDATE)          EDAD (AGE)
07 NOV 1997                                    26
LUGAR NACIMIENTO (BIRTHPLACE)
SAN JUAN, PUERTO RICO
NOMBRE DEL PADRE (FATHER'S NAME)    NOMBRE DE LA MADRE (MOTHER'S NAME)
ANGEL MANUEL BERRIOS                LYMARI DEL VALLE

NOMBRE DEL CONTRAYENTE B (NAME)
ALAIN EDUARDO VARELA HERRERA

FECHA NACIMIENTO (BIRTHDATE)          EDAD (AGE)
08 JUL 1996                                    28
LUGAR NACIMIENTO (BIRTHPLACE)
VENEZUELA
NOMBRE DEL PADRE (FATHER'S NAME)    NOMBRE DE LA MADRE (MOTHER'S NAME)
LUIS EDUARDO VARELA ALARCON         MILITZA ESMAR HERRERA NARVAEZ

LUGAR DE CELEBRACION (CELEBRATION PLACE)
CAROLINA, PUERTO RICO
FECHAS (DATES): CELEBRACION (CELEBRATION)   INSCRIPCION (REGISTRATION)
18 OCT 2024                        24 OCT 2024
CELEBRANTE (OFFICIANT)            NOMBRE DEL CELEBRANTE (OFFICIANT NAME)
JUEZ (JUDGE)                      WILFREDO VIERA GARCES
FECHA EXPEDICION (DATE ISSUED)
29 OCT 2024

********************************************************************

ESTE ES UN ABSTRACTO DEL CERTIFICADO DE MATRIMONIO OFICIALMENTE INSCRITO EN EL REGISTRO DEMOGRAFICO DE PUERTO RICO BAJO LA AUTORIDAD CONFERIDA POR LA LEY 24 DEL 22 DE ABRIL DE 1931

THIS IS AN ABSTRACT OF THE RECORDS FILED IN THE DEMOGRAPHIC REGISTRY OF PUERTO RICO ISSUED UNDER THE AUTHORITY OF LAW 24, APRIL 22, 1931



SECRETARIO DE SALUD
(SECRETARY OF HEALTH)

DIRECTOR REGISTRO DEMOGRAFICO
(STATE REGISTRAR)



Sello
Departamento
Registro

003
Certificaciones
Pagado...

4024-20734753

ADVERTENCIA/WARNING: No es válido sin la presencia de la Marca de Agua
Not valid without seen Watermark
Cualquier alteración o borradura cancela esta Certificación
Void if altered or Erased

Rev. 06/2020
4

NO ES VALIDO SI SE ALTERA

Scanned with
CS CamScanner