Uploaded on:  01/21/2025 at 01:53:33 PM (Atlantic Standard Time)   Base City: SAJ

**U.S. Department of Homeland Security**                    **Continuation Page for Form** I213

| Alien's Name<br>VARELA HERRERA, ALAIN EDUARDO | File Number **A-244-348-349**<br>SIGMA Event: **58335335**<br>Event No: **SYS2401004846** | Date<br>**January 12, 2024** |
|---|---|---|

```
ATS-P  Neg
TECS   Neg
NCIC   Neg
CIS    Neg
CLAIM  Neg
CCD    Neg
IAFIS  Neg
EARM   Neg

SECTION CODES
-------------
Sec212(a)(7)(A)(i)(I)
8 USC 1182-ALIEN INADMISSIBILITY UNDER SEC 212(a)

Narrative:
----------
```

On January 11, 2024, at approximately 2230 hours, Alain Eduardo VARELA HERRERA (DOB: 07/08/1996) applied for admission into the United States from Mexico via Pedestrian West primary lane at the San Ysidro Port of Entry under CBP One application.

VARELA HERRERA did not possess valid legal entry documents to enter the United States. VARELA HERRERA states that he was born and is a citizen of Venezuela. VARELA HERRERA was escorted to secondary and later turned over to the San Ysidro Admissibility Enforcement Unit office for further inspection.

While in the Admissibility Enforcement Unit office, the biographical information, and fingerprints of VARELA HERRERA were queried with negative results for criminal history. VARELA HERRERA had no prior immigration violations. VARELA HERRERA was detained for further disposition.

POC: Anabelis Moreno Rodriguez
1817 Hope Dr, Ormond Beach, FL 32174
(386) 307-4756

DISPOSITION: VARELA HERRERA was found inadmissible to the United States pursuant to section 212(a)(7)(A)(I)(i) of the INA as amended. VARELA HERRERA was served an I-862, Notice to Appear, a list of free legal services for the state of Florida. VARELA HERRERA was paroled into the United States pending 240 Proceedings with an Immigration Judge.

| Signature<br><br>OLIVEIRA, CAR35669 | Title<br><br>CBP OFFICER |
|---|---|

*Digitally Acquired Signature*

2 of 2 Pages

Form I-831 Continuation Page (Rev. 08/01/07)