For: **ALAIN EDUARDO VARELA HERERRA**


## U.S. Customs and Border Protection
Securing America's Borders

## Most Recent I-94

**Admission (I-94) Record Number : 722492082A3**

**Most Recent Date of Entry: 2024 January 12**

**Class of Admission : DT**

**Admit Until Date : 01/09/2026**

**Details provided on the I-94 Information form:**

| | |
|---|---|
| **Last/Surname :** | **VARELA HERERRA** |
| **First (Given) Name :** | **ALAIN EDUARDO** |
| **Birth Date :** | **1996 July 08** |
| **Document Number :** | **244348349** |
| **Country of Citizenship :** | **Venezuela** |

Get Travel History

▶ Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).

▶ If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.

▶ Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.

OMB No. 1651-0111
Expiration Date: 05/31/2024

For inquiries or questions regarding your I-94, please click here

Accessibility | Privacy Policy