

## UNITED STATES DEPARTMENT OF JUSTICE
## EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
## GUAYNABO (SAN JUAN) IMMIGRATION COURT

| Respondent Name: | A-Number: |
|---|---|
| VARELA HERERRA, ALAIN EDUARDO | 244348349 |
| To: | Riders: |
| Diaz-Fina, Elle L | In Removal Proceedings |
| PO BOX 11532 | Initiated by the Department of Homeland Security |
| SAN JUAN, PR 00922 | Date: |
| | 01/21/2025 |

### ORDER OF THE IMMIGRATION JUDGE

☑ Respondent ☐ the Department of Homeland Security has filed a motion to terminate these proceedings, and the non-moving party was accorded notice and an opportunity to respond. The motion is ☑ opposed ☐ unopposed.

After considering the facts and circumstances, the immigration court orders that the motion to terminate is ☐ granted ☐ with ☐ without prejudice ☑ denied because:

☑ The Department of Homeland Security ☑ met ☐ did not meet its burden of proving by clear and convincing evidence that Respondent is removable as charged. 8 C.F.R. § 1240.8(a).

☑ Respondent ☐ met ☑ did not meet the burden of proving that Respondent is clearly and beyond a doubt entitled to admission to the United States and is not inadmissible as charged. 8 C.F.R. § 1240.8(b)-(c).

☐ Other.

☐ Further analysis/explanation:

Immigration Judge: DIAZ-REX, JULIA 01/21/2025

Appeal:     Department of Homeland Security: ☐ waived   ☐ reserved

            Respondent:                       ☐ waived   ☐ reserved

Appeal Due:

## Certificate of Service

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Noncitizen | [ ] Noncitizen c/o custodial officer | [ E ] Noncitizen's atty/rep. | [ E ] DHS

Respondent Name : VARELA HERERRA, ALAIN EDUARDO | A-Number : 244348349

Riders:

Date: 01/21/2025 By: RODRIGUEZ, ORLANDO, Court Staff



**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**GUAYNABO (SAN JUAN) IMMIGRATION COURT**

| | |
|---|---|
| Respondent Name:<br><br>  VARELA HERERRA, ALAIN EDUARDO<br><br>To:<br><br>  Diaz-Fina, Elle L<br>  PO BOX 11532<br>  SAN JUAN, PR 00922 | A-Number:<br>244348349<br>Riders:<br>In Removal Proceedings<br>Initiated by the Department of Homeland Security<br>Date:<br>01/21/2025 |

☐ Unable to forward - no address provided.

☐ Attached is a copy of the **decision of the Immigration Judge.** This decision is final unless an appeal is filed with the Board of Immigration Appeals within 30 calendar days of the date of the mailing of this written decision. See the enclosed forms and instructions for properly preparing your appeal. Your notice of appeal, attached documents, and fee or fee waiver request must be mailed to:

> Board of Immigration Appeals
> Office of the Clerk
> P.O. Box 8530
> Falls Church, VA 22041

☐ Attached is a copy of the decision of the immigration judge as the result of your Failure to Appear at your scheduled deportation or removal hearing. This decision is final unless a Motion to Reopen is filed in accordance with Section 242B(c)(3) of the Immigration and Nationality Act, 8 U.S.C. § 1252B(c)(3) in deportation proceedings or section 240(b)(5)(c), 8 U.S.C. § 1229a(b)(5)(c) in removal proceedings. If you file a motion to reopen, your motion must be filed with this court:

> Immigration Court

☐ Attached is a copy of the decision of the immigration judge relating to a Reasonable Fear Review. This is a final order. Pursuant to 8 C.F.R. § 1208.31(g)(1), no administrative appeal is available. However, you may file a petition for review within 30 days with the appropriate Circuit Court of Appeals to appeal this decision pursuant to 8 U.S.C. § 1252; INA § 242.

☐ Attached is a copy of the decision of the immigration judge relating to a **Credible Fear Review.** This is a final order. No appeal is available.

☑  Other:

    IJ Order - Motion to Terminate

Date:

Immigration Judge: DIAZ-REX, JULIA 01/21/2025

### Certificate of Service

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Noncitizen | [ ] Noncitizen c/o custodial officer | [ E ] Noncitizen's atty/rep. | [ E ] DHS

Respondent Name : VARELA HERERRA, ALAIN EDUARDO | A-Number : 244348349

Riders:

Date: 01/21/2025 By: RODRIGUEZ, ORLANDO, Court Staff