**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| Nylmarie Lee Berrios-Del Valle<br><br>Petitioner<br><br>v.<br><br>U.S. Citizenship and Immigration Services et al<br><br>Respondents | Civil No. 26-1198(RAM) |

## JUDGMENT

On May 5, 2026, Petitioner Nylmarie Lee Berrios-Del Valle filed a Notice of Voluntary Dismissal Without Prejudice Pursuant To Fed. R. Civ. P. 41(a)(1)(A)(i). (Docket No. 7). In accordance with the Order entered at Docket No. 8, judgment is entered **DISMISSING** this action **WITHOUT PREJUDICE** in its entirety.

No attorneys' fees or costs are levied upon any party.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 6th day of May 2026.

s/Raúl M. Arias-Marxuach
RAÚL M. ARIAS-MARXUACH
UNITED STATES DISTRICT JUDGE